UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NUTRAMAX LABORATORIES, INC., et al.,

Plaintiffs,

v.

FARNAM COMPANIES, INC., et al.,

Defendants.

Case No. 18-cv-06749-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, December 9, 2019 at 2:00 p.m. |
| REFERRED TO ADR FOR COURT MEDIATION TO BE COMPLETED BY: | June 14, 2019 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Plaintiff: with Court Approval only; Defendant: Counterclaim filed by March 11, 2019 |
| NON-EXPERT DISCOVERY CUTOFF: | September 30, 2019 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED, MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: October 31, 2019  Rebuttal: November 15, 2019 |
| EXPERT DISCOVERY CUTOFF: | December 10, 2019 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | Heard in February 2020 on 35-day notice; filed by January 15, 2020 |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, April 17, 2020 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | April 24, 2020 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| PRETRIAL CONFERENCE: | Friday, May 8, 2020 at 9:00 a.m. |
|---|---|
| JURY TRIAL DATE: | Monday, May 26, 2020 at 8:30 a.m. |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, April 17, 2020 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear, and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: March 4, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge