# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NUTRAMAX LABORATORIES, INC., ET AL.,**<br>Plaintiffs,<br>vs.<br>**FARNAM COMPANIES, INC., ET AL.,**<br>Defendants. | CASE NO. 18-cv-06749-YGR<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

The Court has been notified that the above-captioned case has settled. (Dkt. No. 28.) In light of the settlement reached, all currently set dates in this matter are **VACATED**. A compliance hearing shall be held on **Friday, April 5, 2019** on the Court's **9:01 a.m.** calendar, in the Federal Building, 1301 Clay Street, Oakland, California in Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear, and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Dated: March 14, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**