Ryan Koppelman (State Bar No. 290704)
**ALSTON & BIRD LLP**
1950 University Ave, 5th Floor
East Palo Alto, CA 94303
Telephone: 650-838-2000
E-mail: *ryan.koppelman@alston.com*

Jason D. Rosenberg (admitted *pro hac vice*)
Pamela Councill (admitted *pro hac vice*)
Max E. Rubinson (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000
Email: *jason.rosenberg@alston.com*
Email: *pamela.councill@alston.com*
Email: *max.rubinson@alston.com*

*Attorneys for Plaintiffs Nutramax
Laboratories, Inc. and Nutramax
Laboratories Veterinary Sciences, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC., | Case No. 4:18-cv-06749-YGR |
| Plaintiffs, | Hon.  Yvonne Gonzalez Rogers |
| vs. | **SECOND JOINT STATEMENT REGARDING SETTLEMENT STATUS** |
| FARNAM COMPANIES, INC. and CENTRAL GARDEN & PET CO., | |
| Defendants. | |

1    Pursuant to the Court's April 3, 2019 Order Continuing Compliance Hearing (Dkt. 31), the

2  Parties submit this Second Joint Statement setting forth an explanation why they have not yet filed

3  a Stipulation of Dismissal.

4    The Parties are pleased to inform the Court that on Thursday, April 4, 2019 they reached

5  agreement on all remaining terms of their confidential written settlement agreement.  The

6  agreement is now with each Party's respective management for final execution. The Parties expect

7  the agreement to be executed later today or very early next week. The Parties will file a Stipulation

8  of Dismissal immediately thereafter. In the highly unlikely event an issue arises and a dismissal

9  cannot be filed, the Parties will appear at the currently scheduled hearing on Friday, April 12,

10  2019.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted:

DATED:  April 5, 2019                 ALSTON & BIRD LLP

                                      Ryan Koppelman
                                      Jason D. Rosenberg
                                      Pamela Councill
                                      Max E. Rubinson


                                      By:        _/s/ Jason D. Rosenberg_____

                                      *Attorneys for Plaintiffs Nutramax Laboratories, Inc. and
                                      Nutramax Laboratories Veterinary Sciences, Inc.*


Dated: April 5, 2019                  LAW OFFICE OF PAUL W. REIDL


                                      By:     _/s/  Paul W. Reidl_____

                                      PAUL W. REIDL (State Bar No. 155221)
                                      Law Office of Paul W. Reidl
                                      Second Floor
                                      25 Pinehurst Lane
                                      Half Moon Bay, CA 94019
                                      Telephone: (650) 560-8530
                                      Email: paul@reidllaw.com

                                      *Attorney for Farnam Companies, Inc. and Central
                                      Garden & Pet Co.*