Ryan Koppelman (State Bar No. 290704)
**ALSTON & BIRD LLP**
1950 University Ave, 5th Floor
East Palo Alto, CA 94303
Telephone: 650-838-2000
E-mail: *ryan.koppelman@alston.com*

Jason D. Rosenberg (admitted *pro hac vice*)
Pamela Councill (admitted *pro hac vice*)
Max E. Rubinson (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000
Email: *jason.rosenberg@alston.com*
Email: *pamela.councill@alston.com*
Email: *max.rubinson@alston.com*

*Attorneys for Plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc.*

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

4/10/2019

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> FARNAM COMPANIES, INC. and CENTRAL GARDEN & PET CO., <br><br> Defendants. | Case No. 4:18-cv-06749-YGR <br><br> Hon. Yvonne Gonzalez Rogers <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc. and Defendants Farnam Companies, Inc. and Central Garden & Pet Co. hereby stipulate to dismiss the above entitled action with prejudice, with all parties to bear their own costs and fees.

Dated: April 8, 2019

Respectfully submitted,

ALSTON & BIRD LLP
By: */s/ Jason D. Rosenberg*
Jason D. Rosenberg (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000
Email: *jason.rosenberg@alston.com*
*Attorney for Plaintiffs*

LAW OFFICE OF PAUL W. REIDL
By: */s/ Paul William Reidl*
Paul William Reidl, Esq.
California Bar No. 155221
Law Office of Paul W. Reidl
25 Pinehurst Lane
Half Moon Bay, CA 94019
Tel.: (650) 560-8530
reidl@sbcglobal.net
*Attorney for Defendants*